1
2
3
4

# UNITED STATES DISTRICT COURT

5

## NORTHERN DISTRICT OF CALIFORNIA

6

7 AARON ATLEE PARSONS,

Case No. 18-cv-06280-HSG

8              Plaintiff,

**JUDGMENT**

9       v.

10 DEOBRA WOLFE, et al.,

11             Defendants.

12

13       The Court has dismissed the instant action without prejudice. A judgment of dismissal

14 without prejudice is entered. The Clerk shall close the file.

15       **IT IS SO ORDERED.**

16 Dated:   2/13/2019

17

18 HAYWOOD S. GILLIAM, JR.
United States District Judge

19
20
21
22
23
24
25
26
27
28